**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/13/2023_

**ZINNAMON,** *on behalf of himself and all others similarly situated***,**

                             **Plaintiff,**

                   **-against-**

**AARON BASHA CORP.,**

                             **Defendant.**

**22-cv-10409 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 9, 2022, Plaintiff filed a Complaint commencing this action against Defendant

Aaron Bash Corp. ECF No. 1. Defendant waived service, and Defendant's answer was due on March

3, 2023. *See* ECF No. 5. To date, no answer or response has been filed.

Plaintiff is hereby **ORDERED** to submit a status report on the current status of this action

by no later than **March 22, 2023**.

**SO ORDERED.**

**Dated:    March 13, 2023**
              **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**