UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/20/2023

**ZINNAMON,** *on behalf of himself ad all others similarly situated***,**

               **Plaintiff,**

               -against-

**AARON BASHA CORP.,**

               **Defendant.**

22-cv-10409 (ALC)

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **sixty days.**

**SO ORDERED.**

Dated:   **March 20, 2023**
             **New York, New York**

*/s/ Andrew L. Carter, Jr.*

               **ANDREW L. CARTER, JR.**
               **United States District Judge**